Sobolak *v.* United States Steel Corporation et al., Appellant.

Argued April 12, 1973. *Robert S. Garrett,* with him *Egler, McGregor & Reinstadtler,* for appellant; *Wallace E. Edgecombe* and *Joseph Mark Maurizi,* with them *Royston, Robb, Leonard, Edgecombe, Miller & Urbanik,* and *Balzarini, Walsh, Conway & Maurizi,* for appellee.

Order and judgment affirmed.